LINK: 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-0962 GAF (FFMx) | Date | July 27, 2010 |
|---|---|---|---|
| Title | Nicholas Hayes v. Target Corp et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE

On June 1, 2010, Plaintiff Nicholas Hayes ("Hayes") filed this action against defendants Target Corporation ("Target") and Steven Hossler ("Hossler") in San Bernardino County Superior Court. (Not., Ex. A [Complaint].) Target seeks to remove the action to this Court pursuant to 28 U.S.C. § 1332. However, Target has failed to properly plead Hayes's citizenship.

"[T]he diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency." Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) (citing Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989)). A person's state of citizenship is "determined by her state of domicile, not her state of residence." Id.; see also Mantin v. Broad. Music, Inc., 244 F.2d 204, 206 (9th Cir. 1957) (concluding that allegation that Plaintiff was "residing in the County of Los Angeles, State of California" failed to establish Plaintiff's citizenship and thus diversity jurisdiction did not exist).

Here, Target indicates that Hayes is "a 'resident of San Bernardino County, State of California.'" (Not. ¶ 6.) This allegation is insufficient to inform the Court of Hayes's citizenship, and the Court therefore cannot determine whether diversity of citizenship exists. To properly invoke this Court's subject matter jurisdiction, Target must allege Hayes's state of citizenship.

**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0962 GAF (FFMx) | Date | July 27, 2010 |
|---|---|---|---|
| Title | Nicholas Hayes v. Target Corp et al | | |

    Target is **ORDERED TO SHOW CAUSE no later than Monday, August 9, 2010**, why this case should not be dismissed for lack of subject matter jurisdiction. A written memorandum addressing the Court's concerns shall constitute a sufficient response to this order. Failure to respond to the Court's order shall be deemed consent to dismissal of this case.

    **IT IS SO ORDERED.**